

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

John Traylor d/b/a John Traylor Insurance, Appellant

No. 06-23-00030-CV  v.

Ramona Lane, Appellee

Appeal from the 76th District Court of Morris County, Texas (Tr. Ct. No. 26,113). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we deny John Traylor's petition for permissive appeal and dismiss the appeal for want of jurisdiction.

We further order that the appellant, John Traylor d/b/a John Traylor Insurance, pay all costs incurred by reason of this appeal.

RENDERED MAY 5, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk